# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 20, 2003

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 01-4089

| | |
|---|---|
| LUDMILLA ZURBA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Northern District |
| | of Illinois, Eastern Division. |
| *v.* | |
| | No. 99 C 3586 |
| UNITED STATES OF AMERICA, | |
| *Defendant-Appellant*. | **Matthew F. Kennelly**, |
| | *Judge*. |

O R D E R

The Opinion of this court issued on February 7, 2003 should be amended as follows:

Within the caption "Matthew J. Kennelly, *Judge*" should be changed to read: "Matthew F. Kennelly, *Judge*."